

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00574-CR

Miguel **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9922
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 31, 2023.

Liza A. Rodriguez, Justice